# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: **BERNARD A. KANSKY** | ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No: 14-mc-91044-PBS |

## ORDER OF TERM SUSPENSION UNTIL MAY 28, 2014

WHEREAS, on January 17, 2014, the Supreme Judicial Court for the Commonwealth of Massachusetts caused to be filed with this Court a certified copy of an Order of Term Suspension and Memorandum of Decision with respect to Attorney **BERNARD A. KANSKY**.

1. WHEREAS, pursuant to Local Rule 83.6, on January 30, 2014, a "Notice of Filing of Disciplinary Action" and an "Order to Show Cause" were filed in this Court and copies sent (along with a copy of the Local Rule) via certified mail to **BERNARD A. KANSKY**;

2. WHEREAS, on February 28, 2014, the Certified mail package was signed for and delivered;

3. WHEREAS, on March 20, 2014, Attorney Arnold Rosenfeld filed a Motion for Extension of Time to April 11, 2014; This Motion was granted by Chief Judge Saris on March 28, 2014;

4. WHEREAS, on April 16, 2014, Attorney Arnold Rosenfeld filed a Motion to Leave to File a Late Response to the Order to Show Cause and a Response to Proposed Order to Show Cause;

5. WHEREAS, on May 28, 2014, the Supreme Judicial Court issued an Order of Reinstatement.

WHEREFORE, pursuant to Local Rule 83.6(2)(D), this Court hereby imposes the identical discipline, and **BERNARD A. KANSKY** was hereby suspended from the practice of law from January 17, 2014 until May 28, 2014.

_6/9/14_
Date

_Patti B. Saris_
Patti B. Saris, Chief Judge